IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ASIA SHABAZZ                                                             PLAINTIFF

v.                          No. 4:24-cv-879-DPM

CLARSHUN BEUAH; MAURICE
CRAWFORD; JAY PAUL COLEMAN,
Lawyer for Little Rock; LITTLE ROCK
POLICE DEPARTMENT, Police
Department; DOES, Circuit Court, Public
Servants, Prosecuting Attorney's Office,
Prosecutors; USA, Government Public
Servants; CASEY R. TUCKER, Judge, 2nd
Division Circuit; MELANIE MARTIN,
Judge, District Court; DEPARTMENT OF
HUMAN SERVICES, Social Workers,
Food Snap Division; PRICE, Doctor,
Centers for Youth & Families; LINNIE
GEORGE; NYA HAMILTON; BATEY,
Probation Officer; and KIAVNNA
JONES, Little Rock Housing Authority
Metro                                                    DEFENDANTS

## JUDGMENT

Shabazz's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 January 2025